In the Matter of MONTGOMERY BLAIR SIBLEY, an Attorney, Appellant. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Respondent.

Decided May 12, 2009

850

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.